UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | CIVIL ACTION No.:<br><br>05 10567 NG |

## DECLARATION OF JONATHAN WHITEHEAD IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

I, Jonathan Whitehead, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am Vice President and Counsel for Online Copyright Protection for the Recording Industry Association of America, Inc. ("RIAA"), where I have been employed for over 6 years. My office is located at 1330 Connecticut Avenue, N.W., Washington, DC 20036. I submit this declaration in support of Plaintiffs' Motion for Leave to Take Immediate Discovery.

2. This declaration is based on my personal knowledge, and if called upon to do so, I would be prepared to testify as to its truth and accuracy.

## The RIAA's Role in Protecting Its Member Recording Industry Companies From Copyright Infringement

3. The RIAA is a not-for-profit trade association whose member record companies create, manufacture, and/or distribute approximately ninety percent of all legitimate sound recordings produced and sold in the United States. The RIAA's member record companies comprise the most vibrant national music industry in the world. A critical part of the RIAA's mission is to assist its member companies in protecting their intellectual property in the United States and in fighting against online and other forms of piracy. All of the Plaintiffs in this action are members of the RIAA.

4. The RIAA investigates the unauthorized reproduction and distribution of copyrighted sound recordings online. As Vice President and Counsel for Online Copyright Protection, I am responsible for formulating and implementing online strategies for the RIAA, including investigations into the online infringement of copyrighted sound recordings of all kinds.

## The Internet and Music Piracy

5. The Internet is a vast collection of interconnected computers and computer networks that communicate with each other. It allows hundreds of millions of people around the world to communicate freely and easily and to exchange ideas and information, including academic research, literary works, financial data, music, movies, graphics, and an unending and ever-changing array of other data. Unfortunately, the Internet also has afforded opportunities for the wide-scale piracy of copyrighted sound recordings and musical compositions. Once a sound recording has been transformed into an unsecured digital format, it can be copied further and

2

distributed an unlimited number of times over the Internet, without significant degradation in sound quality.

6. Much of the unlawful distribution of copyrighted sound recordings over the Internet occurs via "peer-to-peer" ("P2P") file copying networks or so-called online media distribution systems. The most notorious example of such a P2P system was Napster, which was enjoined by a federal court. In addition, there are many other P2P networks, including KaZaA, eDonkey, iMesh, Grokster, and Gnutella, that continue to operate and to facilitate widespread copyright piracy. The major recording companies are currently engaged in litigation against KaZaA and Grokster. At any given moment, millions of people illegally use online media distribution systems to upload or download copyrighted material.

7. P2P networks, at least in their most popular form, refer to computer systems or processes that enable Internet users to: (1) make files (including audio recordings) stored on a computer available for copying by other users; (2) search for files stored on other users' computers; and (3) transfer exact copies of files from one computer to another via the Internet. P2P networks enable users who otherwise would have no connection with, or knowledge of, each other to offer to each other for distribution and copying files off of their PCs, to provide a sophisticated search mechanism by which users can locate these files for downloading, and to provide a means of effecting downloads.

8. The major record companies generally have not authorized their copyrighted sound recordings to be copied or distributed in unsecured formats by means of P2P

networks. Thus, the vast majority of the content that is copied and distributed on P2P networks is unauthorized by the copyright owner – that is, the distribution violates the copyright laws.

9.  The scope of online piracy of copyrighted works cannot be underestimated. Retail sales – the principal revenue source for most record companies – declined 7% in 2000, 10% in 2001, and 11% in 2002. The RIAA member companies lose significant revenues on an annual basis due to the millions of unauthorized downloads and uploads of well-known recordings that are made available on the Internet by infringers who, in virtually all cases, have the ability to maintain their anonymity to all but the Internet Service Provider ("ISP") they use to supply them with access to the Internet.

10.  In contrast to the terrible harm to copyright owners, ISPs likely benefit from P2P networks. Those who would unlawfully upload and download copyrighted music often use large amounts of bandwidth (because music files are so large). The infringers thus tend to subscribe to services, such as DSL and cable modems, that are far more expensive than ordinary telephone services. One publication recently estimated that 50-70 percent of the bandwidth of cable broadband network was being used for P2P file copying. See Alan Brezneck, "Service Control Vendors vie for MSO Business," *Cable Datacom News* (March 1, 2003).

11.  The persons who commit infringements by using the P2P networks are, by and large, anonymous to Plaintiffs. A person who logs on to a P2P network is free to use any alias (or computer name) whatsoever, without revealing his or her true identity to other users.

Thus, Plaintiffs can observe the infringement occurring on the Internet, but do not know the true names or mailing addresses of those individuals who are committing the infringement.

### The RIAA's Identification of Copyright Infringers

12. In order to assist its members in combating copyright piracy, the RIAA conducts searches of the Internet, as well as file-copying services, for infringing copies of sound recordings whose copyrights are owned by RIAA members. A search can be as simple as logging onto a P2P network and examining what files are being offered by others logged onto the network. These searches generally result in the identification of specific Internet Protocol ("IP") addresses from which infringers are making unauthorized copies of sound recordings available to the public. An IP address is a unique identifier that, along with the date and time, specifically identifies a particular computer or server using the Internet. An IP address also allows the RIAA to use publicly available databases to ascertain, in general terms, the ISP that provides the infringer with access to the Internet.

13. The RIAA engages in a painstaking process to determine whether a person is infringing. That process relies on human review of evidence supporting the allegation of infringement. For each suspected infringer, the RIAA reviews a listing of the music files that the user has offered for upload by others from his or her computer in order to determine whether they appear to be copyrighted sound recordings. The RIAA also downloads copyrighted sound recordings from these users, and listens to them in order to confirm that they are, indeed, illegal copies of sound recordings whose copyrights are owned by RIAA members. The RIAA also downloads and stores other evidence, such as metadata accompanying each file being disseminated that demonstrates that the user is engaged in copyright infringement.

14. The RIAA frequently has used the subpoena processes of Federal Rule of Civil Procedure 45 and the Digital Millennium Copyright Act ("DMCA") to obtain the names of infringers from ISPs. (Individuals only can gain access to the Internet after setting up an account with, or subscribing to, an ISP.) The RIAA typically has included in their subpoenas to ISPs an IP address and a date and time on which the RIAA observed use of the IP address in connection with allegedly infringing activity. In some instances, providing the IP address alone to the ISP has been enough to enable the ISP to identify the infringer. Providing the date and time further assists some ISPs in identifying infringers, especially ISPs that use "dynamic IP addressing" such that a single computer may be assigned different IP addresses at different times, including, for example, each time it logs into the Internet.[4] Once provided with the IP address, plus the date and time of the infringing activity, the infringer's ISP quickly and easily can identify the computer from which the infringement occurred (and the name and address of the subscriber that controls that computer), sometimes within a matter of minutes.

15. Since 1998, the RIAA and others have used subpoenas thousands of times to learn the names, addresses, telephone numbers, and e-mail addresses of infringers for the purpose of bringing legal actions against those infringers. During a recent litigation with Verizon (an ISP) relating to the DMCA subpoena process, Verizon conceded that, as an alternative to the DMCA process, Plaintiffs could file "John Doe" lawsuits and issue Rule 45 subpoenas to ISPs to obtain the true identities of infringing subscribers.

---

[4] ISPs own or are assigned certain blocks or ranges of IP addresses. An ISP assigns a particular IP address in its block or range to a subscriber when that subscriber goes "online."

6

### The RIAA's Identification of the Infringers in This Case

16.     In the ordinary course of investigating online copyright infringement, the RIAA became aware that the Defendant was offering files for download on a P2P network. The user-defined author and title of the files offered for download by the Defendant suggested that many were copyrighted sound recordings being disseminated without the authorization of the copyright owners. The RIAA downloaded and listened to a representative sample of the music files being offered for download by the Defendant and was able to confirm that the files he or she was offering for distribution were illegal copies of sound recordings whose copyrights are owned by RIAA members. The RIAA also recorded the time and date at which the infringing activity was observed and the IP address assigned to the Defendant at the time. See Complaint Exhibit A. The RIAA could not, however, determine the physical location of the user or his or her identity. The RIAA could determine that the Defendant was using the Massachusetts Institute of Technology's service to distribute and make available for distribution the copyrighted files.

17.     The RIAA also has collected for the Defendant a list of the files he or she has made available for distribution to the public. Exhibit 1 to this Declaration is this list. This list shows hundreds of files, many of which are sound recording (MP3) files that are owned by, or exclusively licensed to, Plaintiffs.

### The Importance of Expedited Discovery in This Case

18.     Obtaining the identity of copyright infringers on an expedited basis is critical to stopping the piracy of RIAA members' copyrighted works.

7

19. First, every day that copyrighted material is disseminated without the authorization of the copyright owner, the copyright owner is economically harmed. Prompt identification of infringers is necessary in order for copyright owners to take quick action to stop unlawful dissemination of their works and minimize their economic losses.

20. Second, infringement often occurs with respect to sound recordings that have not yet been distributed publicly. Such infringement inflicts great harm on the initial market for new works. New recordings generally earn a significant portion of their revenue when they are first released, and copyright piracy during a recording's pre-release or early release period therefore deprives copyright owners of an important opportunity to reap the benefits of their labor.

21. Third, without expedited discovery Plaintiffs have no way of serving Defendant with the complaint and summons in this case. Plaintiffs do not have the Defendant's name or address, nor do they have an e-mail address for Defendant.

22. Fourth, and perhaps most critically, service providers have different policies pertaining to the length of time they preserve "logs" which identify their users. ISPs keep log files of their user activities for only limited periods of time – which can range from as short as a few days, to a few months – before erasing the data they contain. If an ISP does not respond expeditiously to a discovery request, the identification information in the ISP's logs may be erased, making it impossible for the ISP to determine the identity of the infringer and eliminating the copyright owner's ability to take action to stop the infringement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 18, 2005 in Washington, DC.

_____
Jonathan Whitehead

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Daphmex@fileshare | 05-City Of Blinding Lights.mp3 | Unknown | 5,424KB | Audio |
| Daphmex@fileshare | 11 - Yahweh.mp3 | Unknown | 6,848KB | Audio |
| 2 Users | Avril Lavigne - Complicated.mp3 | Avril Lavigne | 3,837KB | Audio |
| Daphmex@fileshare | Maroon - Loving The Small Time.mp3 | Maroon | 3,314KB | Audio |
| Daphmex@fileshare | Maroon5 - must get out.mp3 | Maroon5 | 5,339KB | Audio |
| Daphmex@fileshare | U2 - How To Dismantle An Atomic Bomb - 06 - All Because … | U2 | 3,424KB | Audio |
| Daphmex@fileshare | U2 - Miracle Drug.mp3 | U2 | 3,753KB | Audio |
| Daphmex@fileshare | U2 - Vertigo.mp3 | U2 | 5,922KB | Audio |
| Daphmex@fileshare | She Will Be Loved.mp3 | Maroon 5 | 4,375KB | Audio |
| Daphmex@fileshare | Avril Lavigne - Fall To Pieces (1).mp3 | Velvet Revolver | 3,263KB | Audio |
| Daphmex@fileshare | original of the species.mp3 | U2 | 7,752KB | Audio |
| Daphmex@fileshare | cafe del mar - Beautiful Strange.mp3 | Cafe Del Mar | 5,897KB | Audio |
| Daphmex@fileshare | Buddha-Bar II Dinner - Levi.mp3 | Cafe del mar | 4,292KB | Audio |
| Daphmex@fileshare | 12 - Track 12 (2).mp3 | Energy 52 | 4,294KB | Audio |
| Daphmex@fileshare | Benny Ibarra - Vives en mi.mp3 | Benny Ibarra | 3,564KB | Audio |
| Daphmex@fileshare | Gabriel.mp3 | Lamb | 4,597KB | Audio |
| Daphmex@fileshare | Cafe Del Mar 1 - [02] - William Orbit - The Story Of Light.m… | Cafe Del Mar | 5,901KB | Audio |
| Daphmex@fileshare | alejandro sanz - se me olvido todo al verte.mp3 | Alejandro Sanz | 1,918KB | Audio |
| Daphmex@fileshare | Cielo.mp3 | Benny Ibarra | 3,371KB | Audio |
| Daphmex@fileshare | No es lo mismo.mp3 | Alejandro Sanz | 5,141KB | Audio |
| Daphmex@fileshare | Cafe Del Mar 1 - [12] - Tabula Rasa - Sunset at the cafe de… | Cafe del Mar | 6,442KB | Audio |
| Daphmex@fileshare | Pepe Aguilar - Miedo.mp3 | Pepe Aguilar | 2,691KB | Audio |
| Daphmex@fileshare | TU NO TIENES ALMA.mp3 | Alejandro Sanz | 3,805KB | Audio |
| Daphmex@fileshare | benny ibarra - ese silencio.mp3 | 3 | 1,387KB | Audio |
| Daphmex@fileshare | Alejandro Sanz y Armando Manzanero - Adoro.mp3 | Alejandro Sanz | 4,024KB | Audio |
| Daphmex@fileshare | 002.mp3 | Cafe Del Mar | 11,991KB | Audio |
| Daphmex@fileshare | Benny Ibarra - Vaya Manera de Extrañar.mp3 | 3 | 1,758KB | Audio |
| Daphmex@fileshare | Dame Un Poco de Tu Amor.mp3 | Benny Ibarra | 4,369KB | Audio |
| Daphmex@fileshare | Pepe Aguilar - Por mujeres como tu.mp3 | Pepe Aguilar | 4,133KB | Audio |

Found 203 files | 2,100,251 users online, sharing 939,967,409 files (36,978,688 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Search | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Daphmex@fileshare | Pepe Aguilar - Por mujeres como tu.mp3 | Pepe Aguilar | 4,133KB | Audio |
| Daphmex@fileshare | Richard Ashcroft - A Song For The Lovers.mp3 | Richard Ashcroft | 5,011KB | Audio |
| Daphmex@fileshare | Benny Ibarra - junto a ti.mp3 | Benny Ibarra | 4,051KB | Audio |
| Daphmex@fileshare | Alejandro Fernandez - Nube Viajera.mp3 | Alejandro Fernandez | 3,685KB | Audio |
| Daphmex@fileshare | Alejandro Fernandez - Si tu Supieras.mp3 | Alejandro Fernandez | 3,843KB | Audio |
| Daphmex@fileshare | Ricardo Arjona - El Problema.mp3 | Ricardo Arjona | 3,844KB | Audio |
| Daphmex@fileshare | Ricardo Arjona - Aun te Amo.mp3 | Ricardo Arjona | 3,322KB | Audio |
| Daphmex@fileshare | Ricardo Montaner - Adónde Va El Amor.mp3 | Ricardo Arjona | 3,692KB | Audio |
| Daphmex@fileshare | Ricardo Arjona - Te Enamoraste de Ti.mp3 | Ricardo Arjona | 4,186KB | Audio |
| Daphmex@fileshare | Ricardo Arjona - Te Conozco.mp3 | Ricardo Arjona | 3,921KB | Audio |
| Daphmex@fileshare | Ricardo Arjona - Mujeres.mp3 | 3 | 3,237KB | Audio |
| Daphmex@fileshare | maroon 5 - songs about jane - 03 - shiver.mp3 | Maroon 5 | 4,216KB | Audio |
| Daphmex@fileshare | stan getz - Cafe del mar Vol. 4.mp3 | Cafe Del Mar | 4,973KB | Audio |
| Daphmex@fileshare | Karaoke - Desnuda - Arjona (1).mp3 | RICARDO ARJONA | 3,012KB | Audio |
| Daphmex@fileshare | ricardo arjona - me ense aste.mp3 | Ricardo Arjona | 2,276KB | Audio |
| Daphmex@fileshare | Enya - Orinoco Flow.mp3 | Enya | 3,642KB | Audio |
| Daphmex@fileshare | Enya - Wild Child.mp3 | Enya | 3,562KB | Audio |
| Daphmex@fileshare | Enya - Enigma - Adiemus.mp3 | Enya | 3,760KB | Audio |
| Daphmex@fileshare | Jamiroquai - Cosmic Girl.mp3 | Jamiroquai | 3,809KB | Audio |
| Daphmex@fileshare | Enya - May it be.mp3 | Enya | 4,029KB | Audio |
| Daphmex@fileshare | Jamiroquai - Love Foolosophy.mp3 | Jamiroquai | 3,531KB | Audio |
| Daphmex@fileshare | U2 - Miracle Drug (1).mp3 | U2 | 5,933KB | Audio |
| Daphmex@fileshare | NADA VALGO SIN TU AMOR FULL.mp3 | Juanes | 4,565KB | Audio |
| Daphmex@fileshare | Benny Ibarra - Si Puedo Volverte A Ver.mp3 | Juanes | 3,930KB | Audio |
| Daphmex@fileshare | Enya - Only Time.mp3 | Enya | 5,103KB | Audio |
| Daphmex@fileshare | Era - Ameno.mp3 | Era | 4,040KB | Audio |
| Daphmex@fileshare | era - Gregorian.mp3 | Era | 3,332KB | Audio |
| Daphmex@fileshare | Era - Infanti.mp3 | ERA | 4,190KB | Audio |
| Daphmex@fileshare | Era - Avemano.mp3 | Era | 3,999KB | Audio |

Found 203 files | 2,100,251 users online, sharing 939,967,409 Files (36,978,688 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Daphmex@fileshare | Era - Avemano.mp3 | Era | 3,999KB | Audio |
| Daphmex@fileshare | Era - Hymne.mp3 | ERA | 4,636KB | Audio |
| Daphmex@fileshare | era - Celtic Myst 3.mp3 | Era | 4,104KB | Audio |
| Daphmex@fileshare | Moenia - No puedo.mp3 | Moenia | 2,464KB | Audio |
| Daphmex@fileshare | Moenia - Dejame entrar.mp3 | moenia | 3,577KB | Audio |
| Daphmex@fileshare | Moenia - Llegaste a mi.mp3 | Moenia | 4,006KB | Audio |
| Daphmex@fileshare | Era - Madona.mp3 | Era | 4,037KB | Audio |
| Daphmex@fileshare | mi sangre_VOLVERTE A VER_juanes.mp3 | Juanes | 6,382KB | Audio |
| Daphmex@fileshare | Era-Arabic Dance.mp3 | Era | 3,904KB | Audio |
| Daphmex@fileshare | Erasure - Love To Hate You.mp3 | Era | 3,664KB | Audio |
| Daphmex@fileshare | Sarah mclachlan - I am Sam Soundtrack - Blackbird.mp3 | sarah mclachlan | 2,220KB | Audio |
| Daphmex@fileshare | Sarah McLachlan - Fallen.mp3 | Sarah McLachlan | 3,464KB | Audio |
| Daphmex@fileshare | Sarah McLaughlin - I'll Take Your Breath Away.mp3 | Sarah McLachlan | 4,872KB | Audio |
| Daphmex@fileshare | Sarah Mclachlan - Silence.mp3 | Delerium_Sarah McLachl... | 6,150KB | Audio |
| Daphmex@fileshare | Sarah McLachlan-The World is on Fire.mp3 | Sarah McLachlan | 4,098KB | Audio |
| Daphmex@fileshare | 09. Era - Enae Volare.mp3 | Era | 5,053KB | Audio |
| Daphmex@fileshare | MOENIA - Ni Tu Ni Nadie.mp3 | MOENIA | 3,399KB | Audio |
| Daphmex@fileshare | 10. Era - Cathar Rhythm.mp3 | Era | 4,697KB | Audio |
| Daphmex@fileshare | Sting - Every Little Thing She Does is Magic.mp3 | The Police | 3,032KB | Audio |
| Daphmex@fileshare | Frank Sinatra - It had to be you (1) (1).mp3 | Billie Holliday | 2,870KB | Audio |
| Daphmex@fileshare | Limp Bizkit - My Way.mp3 | Il Divo | 4,298KB | Audio |
| Daphmex@fileshare | 15. Era - I Believe .mp3 | Era | 6,203KB | Audio |
| Daphmex@fileshare | Perfect.MP3 | Simple Plan | 1,888KB | Audio |
| Daphmex@fileshare | Dido - White Flag .mp3 | Dido | 5,216KB | Audio |
| Daphmex@fileshare | New Radicals - You Get What You Give.mp3 | New Radicals | 4,718KB | Audio |
| Daphmex@fileshare | Welcome To My Life.mp3 | Simple Plan | 4,432KB | Audio |
| Daphmex@fileshare | Dido - Thank You.mp3 | Simple Plan | 3,530KB | Audio |
| Daphmex@fileshare | Nine Days - Absolutely (Story Of A Girl).mp3 | Third Eye Blind | 2,904KB | Audio |
| Daphmex@fileshare | Duncan Sheik - Barely Breathing.mp3 | Duncan Sheik | 3,991KB | Audio |

Found 203 files | 2,100,251 users online, sharing 939,967,409 Files (36,976,688 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Daphmex@fileshare | Duncan Sheik - Barely Breathing.mp3 | Duncan Sheik | 3,991KB | Audio |
| Daphmex@fileshare | Savage Garden - Truly Madly Deeply.mp3 | Savage Garden | 4,338KB | Audio |
| Daphmex@fileshare | Savage Garden - I Knew I Loved You.mp3 | Savage Garden | 3,935KB | Audio |
| Daphmex@fileshare | Savage Garden - Affirmation.mp3 | Savage Garden | 4,642KB | Audio |
| Daphmex@fileshare | Lenny Kravitz - Fly Away.mp3 | Lenny Kravitz | 3,450KB | Audio |
| Daphmex@fileshare | Savage Garden - I Want You.mp3 | Savage Garden | 3,581KB | Audio |
| Daphmex@fileshare | Ben Harper- Remember.mp3 | Jessica Simpson | 2,642KB | Audio |
| Daphmex@fileshare | Yellowcard - Ocean Avenue.mp3 | Yellowcard | 4,649KB | Audio |
| Daphmex@fileshare | Savage Garden - The Best Thing.mp3 | Savage Garden | 4,056KB | Audio |
| Daphmex@fileshare | Ben Harper - Walk Away.mp3 | Edwin Mccain | 3,577KB | Audio |
| Daphmex@fileshare | Savage Garden - I believe.mp3 | Savage Garden | 4,644KB | Audio |
| Daphmex@fileshare | Jo Jo - Leave (Get Out).wma | The O.C. | 3,603KB | Audio |
| Daphmex@fileshare | Savage Garden - To The Moon And Back.mp3 | Savage Garden | 5,324KB | Audio |
| Daphmex@fileshare | New Radicals - Technicolor Lover.mp3 | New Radicals | 1,260KB | Audio |
| Daphmex@fileshare | Limp Bizkit - Rollin.mp3 | Limp Bizkit | 3,338KB | Audio |
| Daphmex@fileshare | Crazytown - Butterfly.mp3 | Limp Bizkit | 3,387KB | Audio |
| Daphmex@fileshare | alejandro fernandez-tengo ganas-a corazon abierto.mp3 | Alejandro Fernandez | 2,469KB | Audio |
| Daphmex@fileshare | ATC - Around The World.mp3 | ATC | 3,412KB | Audio |
| Daphmex@fileshare | alejandro fernandez me ire a corazon abierto-4hm.mp3 | Alejandro Fernandez | 7,596KB | Audio |
| Daphmex@fileshare | 09-a corazon abierto-lo que pudo ser-4hm.mp3 | Alejandro Fernandez | 1,792KB | Audio |
| Daphmex@fileshare | A Veces Fui.mp3 | Aleks Syntek | 3,549KB | Audio |
| Daphmex@fileshare | a corazon abierto que lastima alejandro fernandez.mp3 | Alejandro Fernandez | 5,858KB | Audio |
| Daphmex@fileshare | alejandro fernandez muy lejos de ti a corazon abierto-srs... | Alejandro Fernandez | 3,373KB | Audio |
| Daphmex@fileshare | Safri Duo 04 - Samb Adagio.mp3 | Era | 5,591KB | Audio |
| Daphmex@fileshare | Dido - Here With Me (1).mp3 | Mercy Me | 4,552KB | Audio |
| Daphmex@fileshare | Cafe Del Mar 1 - [11] - Obiman - On The Rocks.mp3 | CAFE DEL MAR | 3,682KB | Audio |
| Daphmex@fileshare | 08_THE TENSION AND THE SPARK_I like the way-simplemp... | Darren Hayes | 3,726KB | Audio |
| Daphmex@fileshare | popular-the tension and the spark_DARREN HAYES.mp3 | Darren Hayes | 7,197KB | Audio |
| Daphmex@fileshare | alejandro fernandez a corazon abierto dame un minuto 11... | Alejandro Fernandez | 3,692KB | Audio |

Found 203 files | 2,100,251 users online, sharing 939,967,409 files (36,976,688 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Daphmex@fileshare | alejandro fernandez a corazon abierto dame un minuto 11... | Alejandro Fernandez | 3,692KB | Audio |
| Daphmex@fileshare | Avril Lavinge - Extra - Why.mp3 | Avril Lavigne | 3,750KB | Audio |
| Daphmex@fileshare | Avril Lavigne - My Happy Ending.mp3 | Avril Lavigne | 3,819KB | Audio |
| Daphmex@fileshare | David Gray - This Years Love.mp3 | David Gray | 2,682KB | Audio |
| Daphmex@fileshare | counting crows - big yellow taxi.mp3 | counting crows | 3,696KB | Audio |
| Daphmex@fileshare | Hillary Duff - Rain.MP3 | Hillary Duff | 1,459KB | Audio |
| Daphmex@fileshare | Hilary Duff - Why Not.mp3 | hilary duff | 2,850KB | Audio |
| Daphmex@fileshare | Hilary Duff - Come Clean.MP3 | Hillary Duff | 3,323KB | Audio |
| Daphmex@fileshare | Counting Crows - A Long December.mp3 | A+ | 4,651KB | Audio |
| Daphmex@fileshare | The Corrs - Summer Sunshine.mp3 | The Corrs | 4,445KB | Audio |
| Daphmex@fileshare | Verve Pipe - Bitter Sweet Symphony.mp3 | Verve Pipe | 4,882KB | Audio |
| Daphmex@fileshare | U2-miracle drug.mp3 | U2 | 5,404KB | Audio |
| Daphmex@fileshare | Guilty - THE RASMUS.mp3 | The Rasmus | 3,548KB | Audio |
| Daphmex@fileshare | Nelly Furtado - Forca.mp3 | Nelly Furtado | 3,446KB | Audio |
| Daphmex@fileshare | miracle drug 2.mp3 | U2 | 5,404KB | Audio |
| Daphmex@fileshare | We're All To Blame (4).mp3 | Sum 41 | 3,420KB | Audio |
| Daphmex@fileshare | This Fire.mp3 | Franz Ferdinand | 5,160KB | Audio |
| Daphmex@fileshare | Verve Pipe - Photograph.mp3 | Verve Pipe | 4,631KB | Audio |
| Daphmex@fileshare | Buddha Bar II Party - Angels.mp3 | Budda-Bar | 4,328KB | Audio |
| Daphmex@fileshare | Verve Pipe - Hero.mp3 | Verve Pipe | 3,340KB | Audio |
| Daphmex@fileshare | The Corrs - Dreams.mp3 | FLEETWOOD MAC | 3,686KB | Audio |
| Daphmex@fileshare | boudha bar6.mp3 | Buddha Bar | 3,244KB | Audio |
| Daphmex@fileshare | Karunesh - Budda Bar - Alibaba (1).mp3 | Buddah Bar | 10,698KB | Audio |
| Daphmex@fileshare | The Rasmus - In The Shadows.mp3 | The Rasmus | 6,962KB | Audio |
| Daphmex@fileshare | 03 - explode.mp3 | Nelly Furtado | 2,644KB | Audio |
| Daphmex@fileshare | Track 09.mp3 | Buddha Bar | 5,930KB | Audio |
| Daphmex@fileshare | 13-duele verte-ricardo arjona-santo pecado.mp3 | Ricardo Arjona | 2,744KB | Audio |
| Daphmex@fileshare | Dont Give Up.mp3 | Peter Gabriel_Kate Bush | 2,386KB | Audio |
| Daphmex@fileshare | Peter Gabriel and Shankar - Passion.mp3 | Peter Gabriel | 5,146KB | Audio |

Found 203 files | 2,100,251 users online, sharing 939,967,409 files (36,978,668 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Daphmex@fileshare | Peter Gabriel and Shankar - Passion.mp3 | Peter Gabriel | 5,146KB | Audio |
| Daphmex@fileshare | peter gabriel - blood of eden.mp3 | Peter Gabriel | 6,220KB | Audio |
| Daphmex@fileshare | Peter Gabriel – Secret World.mp3 | Peter Gabriel | 6,584KB | Audio |
| Daphmex@fileshare | 1. Peter gabriel- I grieve.mp3 | 1. Peter gabriel | 3,293KB | Audio |
| Daphmex@fileshare | Peter Gabriel - Red Rain.mp3 | Peter Gabriel | 5,240KB | Audio |
| Daphmex@fileshare | maroon 5 - not falling apart.mp3 | Maroon 5 | 2,069KB | Audio |
| Daphmex@fileshare | DJ Claude Challe - Buddha Bar II Party-Sun Trust-_ How In... | Sun Trust | 6,975KB | Audio |
| Daphmex@fileshare | Buddha bar - Ave Maria.mp3 | BUDDAH | 4,148KB | Audio |
| Daphmex@fileshare | Cafe Del Mar - chill out .mp3 | Cafe del Mar | 5,266KB | Audio |
| Daphmex@fileshare | Café del Mar Vol. 8 - Will You Catch Me.mp3 | Cafe del Mar | 5,632KB | Audio |
| Daphmex@fileshare | Cypress Hill- whats your number (1).mp3 | Cypress Hill | 5,945KB | Audio |
| Daphmex@fileshare | Cafe del Mar - Cafe del Mar 6 complete Cd.mp3 | | 72,466KB | Audio |
| Daphmex@fileshare | Aleks Sintek - Duele el Amor.mp3 | Aleks Sintek y Ana Torroja | 4,332KB | Audio |
| Daphmex@fileshare | Pepe Aguilar - Perdoname.mp3 | 3 | 3,314KB | Audio |
| Daphmex@fileshare | Benny Ibarra-Como te extraño.mp3 | 3 | 5,229KB | Audio |
| Daphmex@fileshare | vicente fernandez - que sepan todos.mp3 | Pepe Aguilar | 3,172KB | Audio |
| Daphmex@fileshare | Cafe del Mar volume 3.mp3 | Cafe Del Mar | 73,701KB | Audio |
| Daphmex@fileshare | Rostros Ocultos_Aleks Syntek - Dame una Razón.mp3 | Alex Sintek | 3,666KB | Audio |
| Daphmex@fileshare | Benny Ibarra-Inspiración.mp3 | Benny Ibarra | 2,850KB | Audio |
| Daphmex@fileshare | Jamiroquai - Space Cowboy.mp3 | Jamiroquai | 6,016KB | Audio |
| Daphmex@fileshare | Jamiroquai - Virtual Insanity.mp3 | Jamiroquai | 3,523KB | Audio |
| Daphmex@fileshare | jamiroquai - little l.mp3 | Jamiroquai | 3,736KB | Audio |
| Daphmex@fileshare | Era - Mystera .mp3 | Era | 3,374KB | Audio |
| Daphmex@fileshare | Era - Impera.mp3 | Era | 4,329KB | Audio |
| Daphmex@fileshare | Sarah Mclachlan - City Of Angels - Angel.mp3 | Sarah McLachlan | 4,218KB | Audio |
| Daphmex@fileshare | Sara Mclaughlin - Do What You Have To Do.mp3 | Sarah McLachlan | 3,542KB | Audio |
| Daphmex@fileshare | Mandy Moore.feat.mp3 | A Walk To Remember | 3,457KB | Audio |
| Daphmex@fileshare | Blessed Union Of Souls - Hey Leonardo (She Likes Me For … | Blessed Union Of Souls | 3,288KB | Audio |
| Daphmex@fileshare | 2000 80 Macy Gray - I Try.mp3 | Macy Gray | 3,741KB | Audio |

Found 203 files | 2,100,251 users online, sharing 939,967,409 files (36,978,668 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Daphmex@fileshare | 2000 80 Macy Gray - I Try.mp3 | Macy Gray | 3,741KB | Audio |
| Daphmex@fileshare | Lifehouse - Everything (1).mp3 | Lifehouse | 5,772KB | Audio |
| Daphmex@fileshare | Alex Syntec - Mis impulsos sobre ti (acustica).mp3 | Aleks Syntek | 3,115KB | Audio |
| Daphmex@fileshare | alejandro fernandez-me dedique a perderte-a corazon abie... | Alejandro Fernandez | 3,559KB | Audio |
| Daphmex@fileshare | Ricardo Arjona - Duele verte.mp3 | Ricardo Arjona | 4,381KB | Audio |
| Daphmex@fileshare | Monotonia.mp3 | Ricardo Arjona_Ricardo... | 2,818KB | Audio |
| Daphmex@fileshare | Ricardo Arjona - Dime si el.mp3 | RICARDO ARJONA | 3,892KB | Audio |
| Daphmex@fileshare | Moenia-en que momento.mp3 | Moenia | 3,471KB | Audio |
| Daphmex@fileshare | Sarah McLachlan - Surfacing - I Love You.mp3 | Sarah McLachlan | 3,332KB | Audio |
| Daphmex@fileshare | Sarah mclachlan - Sweet surrender.mp3 | Sarah McLachlan | 3,759KB | Audio |
| Daphmex@fileshare | Safri Duo - The bongo song.mp3 | Era | 3,119KB | Audio |
| Daphmex@fileshare | Frank Sinatra - I Did It My Way.mp3 | Frank Sinatra | 4,338KB | Audio |
| Daphmex@fileshare | Coldplay - Daylight.mp3 | Coldplay | 6,437KB | Audio |
| Daphmex@fileshare | Simple Plan - Won't be There.mp3 | Simple Plan | 2,272KB | Audio |
| Daphmex@fileshare | Coldplay Warning Sign 8.mp3 | Coldplay | 6,331KB | Audio |
| Daphmex@fileshare | Sin Bandera - Te vi venir.mp3 | sin bandera | 3,044KB | Audio |
| Daphmex@fileshare | 9 Coldplay A Whisper.mp3 | Coldplay | 4,769KB | Audio |
| Daphmex@fileshare | Harvey Danger - Flagpole Sitta.mp3 | Harvey Danger | 2,931KB | Audio |
| Daphmex@fileshare | The Tension And The Spark_unloveable_darren hayes-lb.... | Darren Hayes | 7,551KB | Audio |
| Daphmex@fileshare | Frank Sinatra - It Had To Be You.mp3 | Frank Sinatra | 2,474KB | Audio |
| Daphmex@fileshare | 10 - Be Mine.mp3 | David Gray | 4,123KB | Audio |
| Daphmex@fileshare | Counting Crows - Colorblind.mp3 | Counting Crows | 3,201KB | Audio |
| Daphmex@fileshare | Counting Crows - Mr. Jones.mp3 | Counting Crows | 4,202KB | Audio |
| Daphmex@fileshare | David Gray - Shine.mp3 | David Gray | 4,243KB | Audio |
| Daphmex@fileshare | David Gray - My Oh My.mp3 | David Gray | 4,321KB | Audio |
| Daphmex@fileshare | Counting Crows - Round Here.mp3 | George Michael | 5,200KB | Audio |
| Daphmex@fileshare | Hillary Duff - Fly.mp3 | Hillary Duff | 3,435KB | Audio |
| Daphmex@fileshare | David Gray - Please Forgive Me.mp3 | David Gray | 5,227KB | Audio |
| Daphmex@fileshare | Verve Pipe - The Freshman.mp3 | Verve Pipe | 4,199KB | Audio |

Found 203 files | 2,100,251 users online, sharing 939,967,409 files (36,978,688 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Daphmex@fileshare | Ricardo Arjona - Duele verte.mp3 | Ricardo Arjona | 4,381KB | Audio |
| Daphmex@fileshare | Monotonia.mp3 | Ricardo Arjona_Ricardo... | 2,818KB | Audio |
| Daphmex@fileshare | Ricardo Arjona - Dime si el.mp3 | RICARDO ARJONA | 3,892KB | Audio |
| Daphmex@fileshare | Moenia-en que momento.mp3 | Moenia | 3,471KB | Audio |
| Daphmex@fileshare | Sarah McLachlan - Surfacing - I Love You.mp3 | Sarah McLachlan | 3,332KB | Audio |
| Daphmex@fileshare | Sarah mclachlan - Sweet surrender.mp3 | Sarah McLachlan | 3,759KB | Audio |
| Daphmex@fileshare | Safri Duo - The bongo song.mp3 | Era | 3,119KB | Audio |
| Daphmex@fileshare | Frank Sinatra - I Did It My Way.mp3 | Frank Sinatra | 4,338KB | Audio |
| Daphmex@fileshare | Coldplay - Daylight.mp3 | Coldplay | 6,437KB | Audio |
| Daphmex@fileshare | Simple Plan - Won't be There.mp3 | Simple Plan | 2,272KB | Audio |
| Daphmex@fileshare | Coldplay Warning Sign 8.mp3 | Coldplay | 6,331KB | Audio |
| Daphmex@fileshare | Sin Bandera - Te vi venir.mp3 | sin bandera | 3,044KB | Audio |
| Daphmex@fileshare | 9 Coldplay A Whisper.mp3 | Coldplay | 4,769KB | Audio |
| Daphmex@fileshare | Harvey Danger - Flagpole Sitta.mp3 | Harvey Danger | 2,931KB | Audio |
| Daphmex@fileshare | The Tension And The Spark_unloveable_darren hayes-lb.... | Darren Hayes | 7,551KB | Audio |
| Daphmex@fileshare | Frank Sinatra - It Had To Be You.mp3 | Frank Sinatra | 2,474KB | Audio |
| Daphmex@fileshare | 10 - Be Mine.mp3 | David Gray | 4,123KB | Audio |
| Daphmex@fileshare | Counting Crows - Colorblind.mp3 | Counting Crows | 3,201KB | Audio |
| Daphmex@fileshare | Counting Crows - Mr. Jones.mp3 | Counting Crows | 4,202KB | Audio |
| Daphmex@fileshare | David Gray - Shine.mp3 | David Gray | 4,243KB | Audio |
| Daphmex@fileshare | David Gray - My Oh My.mp3 | David Gray | 4,321KB | Audio |
| Daphmex@fileshare | Counting Crows - Round Here.mp3 | George Michael | 5,200KB | Audio | Countr
| Daphmex@fileshare | Hillary Duff- Fly.mp3 | Hillary Duff | 3,435KB | Audio |
| Daphmex@fileshare | David Gray - Please Forgive Me.mp3 | David Gray | 5,227KB | Audio |
| Daphmex@fileshare | Verve Pipe - The Freshman.mp3 | Verve Pipe | 4,199KB | Audio |
| Daphmex@fileshare | Cafe del Mar 7 - 02Breather 2000 (Arithunda Mix)-Afteffile... | Afterlife | 5,671KB | Audio | Breather 2C
| Daphmex@fileshare | David Gray - Babylon.mp3 | David Gray | 4,149KB | Audio |
| Daphmex@fileshare | Peter Gabriel - In Your Eyes.mp3 | Peter Gabriel | 5,150KB | Audio |
| Daphmex@fileshare | BUDDHA BAR III - Den me agapas.mp3 | Anna Vissi | 4,292KB | Audio |

Found 203 files | 2,100,251 users online, sharing 939,967,409 files (36,978,688 GB) | Not sharing any files