**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LONDON-SIRE RECORDS INC., et al.,**        )<br>    **Plaintiffs,**                                              )<br>                                                                    )<br>    **v.**                                                          )<br>                                                                    )<br>**DOES 1-4,**                                                 )<br>    **Defendants.**                                          ) | **C.A. No. 04-12434-NG**<br>**LEAD DOCKET NUMBER** |
| INTERSCOPE RECORDS, et al.,                        )<br>    Plaintiffs,                                              )<br>                                                                    )<br>    v.                                                          )<br>                                                                    )<br>JOHN DOE,                                                 )<br>    Defendant.                                          ) | C.A. No. 04-12435-NG |
| MAVERICK RECORDING COMPANY, et al.,          )<br>    Plaintiffs,                                              )<br>                                                                    )<br>    v.                                                          )<br>                                                                    )<br>JOHN DOE,                                                 )<br>    Defendant.                                          ) | C.A. No. 04-12436-NG |
| ATLANTIC RECORDING CORP., et al.,              )<br>    Plaintiffs,                                              )<br>                                                                    )<br>    v.                                                          )<br>                                                                    )<br>DOES 1-5,                                                 )<br>    Defendants.                                          ) | C.A. No. 04-12437-NG |
| CAPITOL RECORDS, et al.,                              )<br>    Plaintiffs,                                              )<br>                                                                    )<br>    v.                                                          )<br>                                                                    )<br>JOHN DOE,                                                 )<br>    Defendant.                                          ) | C.A. No. 04-12438-NG |

```
_____
LOUD RECORDS, et al.,                )
     Plaintiffs,                     )
                                     )
     v.                              )   C.A. No. 04-12439-NG
                                     )
DOES 1-5,                            )
     Defendants.                     )


_____
VIRGIN RECORDS AMERICA, INC.,        )
et al.,                              )
     Plaintiffs,                     )
                                     )
     v.                              )   C.A. No. 05-10158-NG
                                     )
RICHARD L. DUBROCK,                  )
     Defendant.                      )


_____
MOTOWN RECORD CO., L.P., et al.,     )
     Plaintiffs,                     )
                                     )
     v.                              )   C.A. No. 05-10159-NG
                                     )
DOES 1-2,                            )
     Defendants.                     )


_____
INTERSCOPE RECORDS, et al.,          )
     Plaintiffs,                     )
                                     )
     v.                              )   C.A. No. 05-10160-NG
                                     )
DOES 1-2,                            )
     Defendants.                     )


_____
BMG MUSIC, et al.,                   )
     Plaintiffs,                     )
                                     )
     v.                              )   C.A. No. 05-10168-NG
                                     )
DOES 1-2,                            )
     Defendants.                     )
```

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-2,<br>    Defendants. | C.A. No. 05-10169-NG |
| CAPITOL RECORDS, INC., et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-2,<br>    Defendants. | C.A. No. 05-10565-NG |
| VIRGIN RECORDS AMERICA, INC.,<br>et al.,<br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>    Defendant. | C.A. No. 05-10566-NG |
| SONY BMG MUSIC ENTERTAINMENT,<br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>    Defendant. | C.A. No. 05-10567-NG |
| ATLANTIC RECORDING CORP., et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-3,<br>    Defendants. | C.A. No. 05-10568-NG |

```
_____
INTERSCOPE RECORDS, et al.,        )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 05-10569-NG
                                   )
JOHN DOE,                          )
     Defendant.                    )
_____)


_____
CAPITOL RECORDS, INC., et al.,     )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 05-10731-NG
                                   )
DOES 1-11,                         )
     Defendants.                   )
_____)


_____
MOTOWN RECORD CO., L.P., et al.,   )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 05-10732-NG
                                   )
DOES 1-22,                         )
     Defendants.                   )
_____)


_____
ATLANTIC RECORDING CORP., et al.,  )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 05-10733-NG
                                   )
DOES 1-25,                         )
     Defendants.                   )
_____)


_____
LONDON-SIRE RECORDS INC., et al.,  )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 05-10734-NG
                                   )
DOES 1-25,                         )
     Defendants.                   )
_____)
```

**<u>ORDER OF CONSOLIDATION</u>**
**April 20, 2005**

The twenty cases above are hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42.  The cases involve common parties, factual and legal issues insofar as the suits are based on the same conduct – the use of an online media distribution system to download and/or distribute copyrighted works.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, with the lead caption as it appears at the top of this order.**  Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: April 20, 2005**              **  s/ NANCY GERTNER U.S.D.J.  **